**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:07CR25**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **ANTONIO RICCO JACKSON** | ) | |
| | ) | |

**THIS MATTER** is before the Court on request from the United States Probation Office to continue the supervised release violation hearing from the June 18, 2007, calendar due to the unavailability of the Defendant's probation officer.

For cause shown,

**IT IS, THEREFORE, ORDERED** that this case is continued from the June 18, 2007, calendar, and is **RESCHEDULED** for **MONDAY, JUNE 25, 2007, AT 3:00 PM, IN ASHEVILLE, NORTH CAROLINA**.

2

Signed: May 29, 2007

Lacy H. Thornburg
United States District Judge